UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERDINAND RICHARD BALCAR Jr.,<br><br>Defendant. | 2:96-CR-00046-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Defendant Balcar's Motion to Dismiss the Indictment Due to Lack of Federal Jurisdiction (Doc. #157) filed August 22, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Ferdinand Balcar's Motion to Dismiss the Indictment Due to Lack of Federal Jurisdiction (Doc. #157) is **DENIED**.

DATED: September 13, 2011.

PHILIP M. PRO
United States District Judge